# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 3/30/09   **Judge** E. Richard Webber   **Case No.** 4:08cv273 ERW

Staton **vs.** Cavo Broadband Communications, LLC

**Court Reporter** C. Simpson   **Deputy Clerk** K. Hisaw

**Attorney(s) for Plaintiff(s)** Brendan Donelon

**Attorney(s) for Defendant(s)** Patrick Hulla, Courtney Hasselberg

**Parties present for** Telephone Settlement Hearing. Discussion. Settlement approved. Order to issue

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:

Pltf. Exhibits:

Deft. Exhibits:

Deft. Exhibits:

☐ Exhibits returned to and retained by counsel

Proceedings commenced   1:18   p.m.
Proceedings concluded   1:32   p.m.